Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000092
06-APR-2015
10:42 AM

NO. CAAP-15-0000092

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Union-Appellant,
and
STATE, DOE, HICKAM ELEMENTARY SCHOOL
(Griev. of James Puu re denial of promotion)
MH-11-13 Section 1, 14, 16 (2012-016),
Employer-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 14-1-0181)

ORDER APPROVING THE MARCH 23, 2015
STIPULATION AND ORDER FOR WITHDRAWAL AND
DISMISSAL OF APPEAL FILED ON FEBRUARY 23, 2015
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation and Order for Withdrawal and Dismissal of Appeal Filed on February 23, 2015," filed March 23, 2015, by Union-Appellant United Public Workers, AFSCME, Local 646, AFL-CIO, and the record, it appears that (1) the stipulation is dated and signed by counsel for all parties; (2) the parties seek to dismiss the appeal pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a); (3) the appeal has not been docketed; and (4) the parties agree to bear their own costs and attorney's fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorney's fees.

DATED: Honolulu, Hawai'i, April 6, 2015.

Presiding Judge

Associate Judge

Associate Judge